IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHANDRA WALTERS,

        *Plaintiff,*

  v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        *Defendant.*

CIVIL ACTION
NO. 18-2596

## ORDER

**AND NOW**, this 14th day of August, 2019, upon careful consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 16). Defendant's Response (ECF No. 17) and the Report and Recommendation filed by United States Magistrate Judge Linda K. Caracappa (ECF No. 19), and it appearing that neither plaintiff nor the Commissioner have objected to the report,[1] it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Plaintiff's request for review is **DENIED**;
3. The Commission of Social Security's decision is **AFFIRMED**; and
4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] When no objection is made to a Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes; *see also Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998). No clear error appears on the face of the record and the Court accordingly accepts Judge Caracappa's Recommendation.